1  **Jason R. Alcala, SBN 179319**
   Acting City Attorney
2  jralcala@cityoflivermore.net
   **E. Kevin Young, SBN 179128**
3  Assistant City Attorney
4  keyoung@cityoflivermore.net
   **Catrina L. Fobian, SBN 239531**
5  Deputy City Attorney
   clfobian@cityoflivermore.net
6  **CITY OF LIVERMORE**
   1052 S. Livermore Avenue
7  Livermore, California 94550
   Telephone: (925) 960-4150
8  Facsimile:  (925) 960-4180
9
   Attorneys for the CITY OF LIVERMORE
10 AND TIMOTHY LENDMAN
11
12                   UNITED STATES DISTRICT COURT
13              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  OSCAR FRANCO-LUNA, | Case No. |
| 16              Plaintiff, | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A) (FEDERAL QUESTION) |
| 17 | |
| 18  v. | |
| 19 | |
| 20  CITY OF LIVERMORE, et al. | |
| 21              Defendants. | |
| 22 | |

23
24      TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN
25 DISTRICT OF CALIFORNIA:
26      PLEASE TAKE NOTICE that Defendants CITY OF LIVERMORE and TIMOTHY
27 LENDMAN hereby remove to this Court the state court entitled *Oscar Franco-Luna, Plaintiff, vs.*
28 *the City of Livermore, Livermore Police Department, Officer Timothy Lendman, and DOES 1*

Notice of Removal of Action Under U.S.C. § 1441(a) (Federal Question)                Page 1

1  *through 20, Defendants*, case number RG13697878, filed on October 3, 2013, in the Superior
2  Court of California, County of Alameda ("the Action).
3      Removal is based on the grounds that federal question jurisdiction exists over the Action,
4  pursuant to 28 U.S.C. §§ 1331 and 1441(a) because it involves claims and defenses that arise under
5  federal law.  Specifically, this claim arises under 42 U.S.C. § 1983.  This Notice of Removal is
6  timely because it has been filed within the thirty-day period prescribed by 28 U.S.C. § 1446(b).
7  Copies of the Complaint and other documents, constituting the entire Alameda County Superior
8  Court file in the Action, are attached as Exhibit A.

## SUMMARY OF COMPLAINT

10     1.    On October 3, 2013, Plaintiff filed the Complaint against the City of Livermore, *et*
11  *al.*, in the Superior Court of the State of California in and for the County of Alameda.
12     2.    Plaintiff presents his claims as arising under state law – i.e., California Constitution
13  claims (Complaint, Sixth Cause of Action, ¶¶ 38-42).  However, Plaintiff's claims are
14  predominantly based upon claims arising under federal law (also *see* Complaint, ¶ 27).
15     3.    The first date upon which defendants CITY OF LIVERMORE and TIMOTHY
16  LENDMAN received a copy of the said complaint was October 3, 2013 when defendants were
17  served with a copy of the said complaint and a summons from the said state court.

## FEDERAL QUESTION JURISDICTION

19     4.    Removal is proper and federal jurisdiction exists over the Action pursuant to 28
20  U.S.C. § 1441(a) because this case could originally been filed in this Court, pursuant to 28 U.S.C.
21  § 1331, because Plaintiff's claims arise under the U.S. Constitution.  (U.S. Constitution, Article III,
22  ¶ 2)
23     5.    Federal question jurisdiction exists because Plaintiff's claims raise a substantial
24  federal question (i.e. an action for damages because of deprivation of civil rights).  Although the
25  pleading in this case, on its face, attempts to disguise the federal claims, the claims raised in the
26  Action arise under federal law.  Plaintiff cannot defeat removal of a federal claim by disguising or
27  "arfully pleading" it as a state claim.  If the *only* claim involved is one arising under federal law,
28  the federal court will "recharacterize" it accordingly… (Weil & Brown, California Practice Guide,

1  *Federal Procedure Before Trial* (TRG 2011), 2:2566, citing *Rivet v. Regions Bank of Louisiana*
2  (1998) 522 U.S. 470, 475; *Schroeder v. Trans World Airlines, Inc.*, 702 F.2d. 189, 191 (9th Cir.
3  1983); and *Sullivan v. American Airlines, Inc.* 424 F.3d. 267, 271 (2nd Cir. 2005); Also see *In re*
4  *Carter*, 618 F.2d 1093, 1101 (5th Cir. 1980). Federal law is an element of the state claim, in that
5  federal law created plaintiff's right to sue and provides a right of action.

### VENUE

6. Benue for removal is proper in this Court under 28 U.S.C. §1441(a) because this district embraces the Superior Court of the State of California for the County of Alameda, the forum in which the removed action was pending.

### NOTICE

7. Immediately following the filing of this Notice, Defendants will file a copy of this Notice of Removal with the Clerk for the Superior Court of California, County of Alameda.

8. The documents attached hereto as Exhibit A constitute the entire Alameda County Superior Court file in the Action.

### CONSENT OF THE DEFENDANTS

9. Defendants requesting the instant removal include defendant CITY OF LIVERMORE and OFFICER TIMOTHY LENDMAN. Also named as a defendant is the LIVERMORE POLICE DEPARTMENT, which is a department within the CITY OF LIVERMORE, and not a separate entity. Accordingly, all defendants have consented to the removal.

DATED: October 30, 2013                Respectfully submitted,

                                       By: _____/s/ E. Kevin Young_____
                                           E. Kevin Young
                                           Assistant City Attorney

                                       Attorneys for Defendants
                                       CITY OF LIVERMORE and TIMOTHY
                                       LENDMAN