Oscar Franco-Luna
1159 Concannon Blvd., Apt. #84
Livermore, CA 94550
**Plaintiff *in Pro Per***
Telephone: (925) 961-2283

**Jason R. Alcala, SBN 179319**
City Attorney
jralcala@cityoflivermore.net
**E. Kevin Young, SBN 179128**
Assistant City Attorney
keyoung@cityoflivermore.net
**Catrina L. Fobian, SBN 239531**
Deputy City Attorney
clfobian@cityoflivermore.net
**CITY OF LIVERMORE**
1052 S. Livermore Avenue
Livermore, California 94550
Telephone: (925) 960-4150
Facsimile:  (925) 960-4180

Attorneys for the City of Livermore
and Timothy Lendman

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FRANCO LUNA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LIVERMORE, LIVERMORE POLICE DEPARTMENT, OFFICER TIMOTHY LENDMAN, and DOES 1 through 20,<br><br>　　　　　Defendants. | Case No. C13-5065-CW<br><br>STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against all

1  defendants, pursuant to the Federal Rules of Civil Procedure section 41(a)(1)(A)(ii), each party to
2  bear its own attorneys' fees and costs.
3      IT IS SO STIPULATED.
4  Dated: July 23, 2014

5
6                                              By: _____
                                                    Oscar Franco-Luna
7                                                   Plaintiff *in pro per*

8  Dated: 10/23, 2014                           CITY OF LIVERMORE
9
10                                              By: _____
11                                                  E. Kevin Young
                                                    Attorney for Cross-Defendant
12
13
14                                    * * * *

15                                    **ORDER**

16   Being stipulated by the parties, and good cause appearing,
17   IT IS HEREBY ORDERED that this action is DISMISSED, with prejudice, each party to
18  bear its own attorneys' fees and costs.
19   IT IS SO ORDERED.
20
21
22  Dated:  7/25/2014                    _____
23                                       CLAUDIA WILKEN
                                         U.S. DISTRICT COURT JUDGE
24
25  I HAVE TRANSLATED/INTERPRETED THE ABOVE DOCUMENT
26  IN SPANISH FOR THE PLAINTIFF.
27      _____
28      JAMES SPAHN  CCIS #301438

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)     Page 2
C13-5065 CW

**Jason R. Alcala, SBN 179319**
Acting City Attorney
jralcala@cityoflivermore.net
**E. Kevin Young, SBN 179128**
Assistant City Attorney
keyoung@cityoflivermore.net
**Catrina L. Fobian, SBN 239531**
Deputy City Attorney
clfobian@cityoflivermore.net
**CITY OF LIVERMORE**
1052 S. Livermore Avenue
Livermore, California 94550
Telephone: (925) 960-4150
Facsimile:  (925) 960-4180

Attorneys for the City of Livermore
and Timothy Lendman

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FRANCO LUNA, | Case No.  C13-5065-LB |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CITY OF LIVERMORE, LIVERMORE POLICE DEPARTMENT, OFFICER TIMOTHY LENDMAN, and DOES 1 through 20, | |
| Defendants. | |

I, Leslie White, hereby certify and declare the following:

1.	I am over the age of 18 years and not a party to this action.

2.	My business address is 1052 S. Livermore Ave., Livermore, CA  94550, which is located in the city, county and state where the mailing described below took place.

\\\

\\\

Certificate of Service                                                                                                            Page 1
C13-5065 LB

3. I hereby certify that on July 24, 2014, I caused the following documents:

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

*[Check the box, below, that applies to how you served the above documents.]*
- [√] to be filed electronically with the Clerk of Court through ECF and/or
- [√] that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

Oscar Franco-Luna
1159 Concannon Blvd., Apt. #84
Livermore, CA  94550
Plaintiff *Pro Se*

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Date: 7/24/14

_____*/s/ Leslie White*_____
LESLIE WHITE